# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130355 & (19)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAMON TERRANCE PERRY,
      Defendant-Appellant.

SC: 130355
COA: 264843
Wayne CC: 90-008441-01

_____/

      On order of the Court, the motion for remand is DENIED. The application for leave to appeal the November 9, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

s0424